**Dated: May 07, 2015**
**The following is SO ORDERED:**

_____
George W. Emerson, Jr.
UNITED STATES BANKRUPTCY JUDGE

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

| IN RE: | CASE NO: 14-32934 |
|---|---|
| MARLON TANYE LEE, | CHAPTER 13 |
| DEBTOR(S) | JUDGE GEORGE W. EMERSON JR. |

**AGREED ORDER RESOLVING OBJECTION TO THE CONFIRMATION OF THE CHAPTER 13 PLAN**

COMES NOW DRRF II SPE LLC (hereinafter referred to as "Movant"), a secured creditor in the above-captioned case, by and through counsel, Brock & Scott, PLLC, and the Debtor herein, by and through counsel, and agree that Movant's Motion to shall be resolved as follows:

1. That Movant's objection shall be denied.

2. That Debtor's mortgage shall be added to this Chapter 13 plan. Remittance address as follows:   BSI Financial Services, PO Box 660605, Dallas, TX. 75266

3. That Movant shall be permitted to amend its arrearage claim for the real property to include the following: Attorney fees in the amount of $500.00 for the objection action, Mortgage arrears for the months of February 2011 through April 2015 at $1,418.70 per month; approximate arrears $72,853.70.

4. That the arrearage claim of Movant in the approximate amount of $72,853.70 shall be paid through the Trustee's office at an amount to be determined by the Trustee.

5. That the ongoing payment of $1,418.70, beginning May 1, 2015 shall be paid by the Trustee's office.

6. That should the debtor miss any payments following the entry of this order, into this Chapter 13 Plan, whereby Movant, or any successor in interest fails to receive their ongoing and/or arrears payment, then Movant or its successors may file a Notice of Default and Intent to Foreclose. Said Notice shall be served on the Debtor and the Debtor's attorney giving the Debtor Twenty-One days (21) days in which to cure the Default. In the event that the debtor fails to cure the deficiency within Twenty-One days (21) days, Movant or its successors, shall be relieved from the Automatic Stay provisions of 11 U.S.C. 362(a) upon the entry of a separate Order Granting Relief From the Automatic Stay and provide for an unsecured claim for any deficiency remaining following a lawful sale of the property commonly known as 4708 Bethay Dr., Memphis, Tennessee 38125

7. That the Trustee will make the necessary adjustments to effectuate this Order.

PREPARED AND PRESENTED BY:

/s/ Jeremiah McGuire
Jeremiah McGuire (028150)
Attorney for Movant
Brock & Scott, PLLC
3173 Kirby Whitten Road Suite 102
Bartlett, TN 38134


/s/ Earnest E. Fiveash, Jr. (with permission)
Earnest E. Fiveash, Jr.
2600 Poplar Ave,
Ste. 214
Memphis, TN 38112
   /s/ Sylvia F. Brown
/s/  Chapter 13 Trustee        .
Sylvia F. Brown
200 Jefferson Ave. Suite # 1113
Memphis, TN 38103

**Entities to be Served:**

Marlon Tanye Lee
4708 Bethay Dr.
Memphis, TN 38125

Earnest E. Fiveash, Jr.
2600 Poplar Ave,
Ste. 214
Memphis, TN 38112

Sylvia F. Brown
200 Jefferson Ave. Suite # 1113
Memphis, TN 38103